AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   12-CR-10077-PBS |
| Gerald Cathie | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                          .

Date:      03/19/2012

/s/ Sandra S. Bower
*Attorney's signature*

Sandra S. Bower/787700 (Florida)
*Printed name and bar number*

U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

*Address*

sandra.bower@usdoj.gov
*E-mail address*

(617) 748-3184
*Telephone number*

(617) 748-3960
*FAX number*