# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *v.* | ) | **Criminal No. 12-10077-PBS** |
| | ) | |
| GERALD CATHIE | ) | |

## WAIVER OF INDICTMENT

I, **Gerald Cathie,** the above-named defendant, who is accused of conspiracy, in violation of 18 U.S.C. §371; bank fraud, in violation of 18 U.S.C. § 1344; bribery of a bank employee, in violation of 18 U.S.C. § 215(a); and failure to file tax returns, in violation of 26 U.S.C. § 7203; being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on <u>March 29, 2012</u> prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

Gerald Cathie  
Defendant

Kevin L. Barron, Esq.  
Counsel for the Defendant

Before:

PATTI B. SARIS  
UNITED STATES DISTRICT JUDGE