UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

    v.                              Case No. 1:12-CR-10077-PBS

GERALD CATHIE,
        Defendant.

NOTICE OF CHANGE OF ADDRESS OF COUNSEL

PLEASE TAKE NOTICE that counsel for defendant Gerald Cathie has changed his address of record as follows:

                KEVIN L BARRON
                ATTORNEY AT LAW
                15 BROAD ST - STE 240
                BOSTON MA 02109-3804

Counsel's telephone numbers (617 407 6837 mobile and 617 737 1555 desk) and electronic mail(kevin.barron@mac.com and kevinbarronesq@gmail.com) remain unchanged.

Dated: October 1, 2012        Respectfully submitted,
                                          Gerald Cathie, Defendant
                                          By his Counsel,
                                          <u>/s./ Kevin L. Barron</u>
                                          KEVIN L BARRON 550712
                                          ATTORNEY AT LAW
                                          15 BROAD ST - STE 240
                                          BOSTON MA 02109-3804
                                          Tel. No. 617-407-6837

Certificate of Service

Undersigned counsel certifies he has caused counsel of record to be served today through this Court's CM/ECF and that no party requires service by other means.

                                                <u>/s./ Kevin L. Barron</u>