UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

    v.                          Case No. 1:12-CR-10077-PBS

GERALD CATHIE,
        Defendant.

### MOTION TO CONTINUE SENTENCING

Defendant, Gerald Cathie, by his counsel, respectfully moves for an order continuing the sentencing hearing set for January 22, 2012 for an additional 45 days. Defendant further moves for an extension of thirty days in which to object to the PSR to January 31, 2013. Probation does not object. Counsel was unable to obtain the government's position owing to holiday vacation schedules.

    Good cause exists to grant this motion as follows:

    1.   The PSR notes that the Veteran's Administration medical records and military service history of the defendant have not been obtained.

    2.   Defendant's VA records and military service history are necessary to fashion a just and individualized sentence under 18 USC §3553(a). Defendant has a complex medical history that involves various hospitalizations. Defendant obtained an honorable discharge after service in Naval Intelligence. The defendant intends to present this information in support of a variance.

3. Defendant's medical records are necessary for supervision purposes and, should the Court deem just, for any term of incarceration.

4. Counsel requires additional time to collect information relevant to sentencing and defendant's personal history.  The PSR was served on December 18, 2012 and objections are due on New Year's day.  Counsel has family visiting in his home.

5. Probation has stated it does not object to continuance but is unable to extend time for objections under the current schedule.  The plea agreement requires defendant to file any motion for a departure at least fourteen days in advance of sentencing.

6. Defendant contacted the government yesterday and today but is unable to determine the government's position with respect to this motion, likely owing to vacation schedules.  Defendant files now because of the deadline for PSR objection.  Defendant has filed the same motion in his companion case, Case No. 1:12-cr-10029-DJC.

7. Mr. Cathie is not in custody.

WHEREFORE, the defendant requests that the Court continue Mr. Cathie's sentencing hearing for a period of not less than 45 days and that his time to object to the PSR be extended by 30 days to January 31, 2013.

Date: December 28, 2012

>Respectfully submitted,
>Gerald Cathie, defendant
>By his counsel
>/s/ Kevin L. Barron
>KEVIN L BARRON
>15 BROAD ST - STE 240
>BOSTON MA 02109
>617 407 6837

CERTIFICATE OF SERVICE

Counsel certifies that he has caused a true copy of this Motion to Continue to be served on all the parties through the CM/ECF of this District and that no party requires service by other means.

>/s/ Kevin L. Barron