UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

    v.                      Case No. 1:12-CR-10077-PBS

GERALD CATHIE,
        Defendant.

JOINT MOTION TO CONTINUE SENTENCING

Defendant and the government, by their undersigned counsel, respectfully move for an order continuing the sentencing hearing set for March 15 to April 22 - 24, 2013.  Defendant further moves for an extension of four weeks in which to object to the PSR to February 28, 2013.  Probation does not object.

    Good cause exists to grant this motion as follows:

    1.   The interests of justice will be served for the reasons set forth in prior sealed motions.

    2.   Defendant is obtaining factual information for objections to the PSR and to present at sentencing.

    WHEREFORE, the defendant requests that the Court continue Mr. Cathie's sentencing hearing for a period of not less than 37 days to April 22 - 24, 2013 and that his time to object to the PSR be extended by 28 days to January 31, 2013.

Date: January 31, 2013

                              Respectfully submitted,
                              Gerald Cathie, defendant
                              By his counsel
                              /s/ Kevin L. Barron
                              KEVIN L BARRON
                              15 BROAD ST - STE 240
                              BOSTON MA 02109
                              617 407 6837

                    CERTIFICATE OF SERVICE
Counsel certifies that he has caused a true copy of this
Motion to Continue to be served on all the parties through
the CM/ECF of this District and that no party requires
service by other means.
                              /s/ Kevin L. Barron