UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal Nos.** 12-10029-DJC |
| | ) | 12-10077-PBS |
| | ) | |
| **GERALD CATHIE** | ) | |

### Joint Restitution Memorandum

Pursuant to Judge Saris's order issued at the status conference and after further review and discussion of the supporting documentation, the parties have agreed to recommend that restitution[1] should be ordered for the following victims in the amounts listed:

**12-10029-DJC: Boston Charges**

| **Victim** | **Property** | **Restitution** |
|---|---|---|
| Taylor Bean & Whitaker Mortgage Corp. 4901 Vineland Road, Suite 120 Orlando, FL 32811 | 3 Sexton Ct. | $367,937 |

**12-10077-PBS: Philadelphia Charges**

| **Victim** | **Purchaser** | **Restitution** |
|---|---|---|
| Bank of America 7105 Corporate Drive Plano, TX 75024 Attn: Legal Department | K.K. J.L. | $240,550.28 $ 60, 425.48 |
| CitiMortgage 1000 Technology Drive Mail Stop 367 O'Fallon, MO 63368 Attn: Chad Troutwine Law Enforcement Analyst Fraud Prevention & Investigation | A.A. R.V. | $260,359.00 $173,597.00 |

---

[1] The parties agree that loss for purposes of calculating the guidelines range remains unchanged, that is, a loss greater than $2.5 million but less than $7 million.

| | | |
|---|---|---|
| JP Morgan Chase<br>One Chase Manhattan Plaza<br>20th Floor<br>New York, NY 10081<br>Attn: Legal Papers Served Department | R.V. | $233,218.63 |
| Internal Revenue Service | | $   92,735.09 |
| **Total:** | | **$1,428,822.48** |

Because there are some questions outstanding concerning the disposition of the properties with respect to a few victim financial institutions or the default status of some of the lines of credit, it is possible that the parties may agree to some additional amounts prior to sentencing and will file a supplemental memo to that effect with the Court.  The parties further submit that the defendant should be held jointly and severally liable for the restitution along with any other defendants found to have contributed to the losses suffered by the victim lenders in connection with these transactions.  18 U.S.C. §3664(h).

                                                Respectfully submitted,

                                                CARMEN M. ORTIZ
                                                United States Attorney

By: *Kevin L. Barron by SSB*        By: *Sandra S. Bower*
    Kevin L. Barron, Esq.               Sandra S. Bower
    92 State Street, 6th Floor            Assistant U.S. Attorney
    Boston, MA 02109                 1 Courthouse Way, Suite 9200
                                                  Boston, MA 02210

                                    CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              */s/ Sandra S. Bower*
                                              Sandra S. Bower
                                              Assistant United States Attorney

Date: June 28, 2013