```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA
                                    Case No. 1:12-cr-10077-PBS
    v.

GERALD CATHIE,
        Defendant.

                MOTION FOR NON-GUIDELINES SENTENCE

Gerald Cathie, defendant, by his attorney, Kevin L. Barron, respectfully moves for a non-Guidelines sentence and for relief from the Guidelines Sentence Range of the United States Sentencing Guidelines.  A Guidelines sentence would not serve the stated purposes of the Sentencing Reform Act 18 USC §3553(a) all as set forth in Defendant's Sentencing Memorandum filed under seal today.

Dated:  July 3, 2013
                                    Respectfully submitted,
                                    GERALD CATHIE
                                    By his attorney,

                                    /s/   Kevin L. Barron
                                    KEVIN L BARRON 550712
                                    15 BROAD ST - STE 240
                                    BOSTON MA  02109
                                    TEL No. 617 407 6837

                      CRTIFICATE OF SERVICE

Counsel certifies that he has caused a true copy of this motion for post-conviction release to be served upon all the parties through the CM/ECF of this District and that no party requires service by other means.

                                    /s/   Kevin L. Barron
                                    KEVIN L BARRON 550712