UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

v.  Case No. 1:12-CR-10077-PBS

GERALD CATHIE,
Defendant.

### ASSENTED-TO MOTION TO SEAL

Defendant, Gerald Cathie, by his counsel, Kevin L. Barron, Esq., respectfully moves with the assent of the government for an order permitting defendant to file his Sentencing Memorandum under seal in accordance with revised Local Rule 7.2. Defendant does not request a blanket order of impoundment. LR 7.2(e). The sentencing memorandum should be returned to counsel one year and one month after the date defendant's judgment becomes final or at the conclusion of direct and collateral review, whichever is later. LR 7.2(c). Good cause exists to grant this motion because the sentencing memorandum contains information from confidential materials such defendant's medical and classified military service records.

WHEREFORE, the defendant requests that this motion be granted.

Dated: July 1, 2013

Respectfully submitted
/s/ Kevin L. Barron
KEVIN L BARRON
ATTORNEY FOR DEFENDANT
15 BROAD ST - STE 240
Boston MA 02109
617 407 6837

CERTIFICATE OF SERVICE
Counsel certifies that that this document was served today upon all parties by their counsel through the CM/ECF of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.

/s/ Kevin L. Barron
KEVIN L BARRON

[Handwritten annotation in left margin: 7/6/13 Denied. A redacted sentencing memo shall be filed. (Patti Saris)]