UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal Nos.** 12-10029-DJC |
| | ) | 12-10077-PBS |
| | ) | |
| **GERALD CATHIE** | ) | |

### Supplemental Joint Restitution Memorandum

The parties previously submitted a joint restitution memorandum recommending restitution amounts for certain identified victims. The parties wish to supplement that recommendation by modifying one restitution recommendation and adding an additional restitution amount for JPMorgan Chase as follows:

**12-10029-DJC: Boston Charges (Additional Victim)**

| **Victim** | **Property** | **Restitution** |
|---|---|---|
| JPMorgan Chase Bank, N.A.<br>National Subpoena Processing<br>Mail Code IN1-4054<br>7610 West Washington Street<br>Indianapolis, IN 46231<br>Attention: Camilla C. Mauzy<br>JPMC File No. SB482896-F1 | 162 Quincy Street #1 | $312,057 |

**12-10077-PBS: Philadelphia Charges (Modification)**

| **Victim** | **Purchaser** | **Restitution** |
|---|---|---|
| Bank of America<br>7105 Corporate Drive<br>Plano, TX 75024<br>Attn: Legal Department | K.K. | $201,766.31 |

The original restitution figure of $240,550.28 included $38,783.97 in interest. The interest has been deducted to arrive at the above.

With these changes, the parties have agreed to jointly recommend the Court order the

defendant to pay restitution totaling $1,702,095.51.

The parties further submit that the restitution order should include language to the effect that nothing in the order prohibits the Internal Revenue Service from, in its discretion, compromising any claim for interest and penalties or for downward correction of the amount of tax loss.   Additionally, to the extent the financial institutions have received compensation from TARP or other government program with respect to the subject properties[1], and Cathie becomes aware of this information, he shall promptly notify the United States.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CARMEN M. ORTIZ<br>United States Attorney |
| By: *Kevin L. Barron by SSB*<br>   Kevin L. Barron, Esq.<br>   92 State Street, 6th Floor<br>   Boston, MA 02109 | By*: Sandra S. Bower*<br>   Sandra S. Bower<br>   Assistant U.S. Attorney<br>   1 Courthouse Way, Suite 9200<br>   Boston, MA 02210 |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          */s/ Sandra S. Bower*
                                          Sandra S. Bower
                                          Assistant United States Attorney

Date: July 9, 2013

---

[1] The parties presently have no evidence that this occurred.