Exhibit A

December 5, 2012

Athena Lark



To whom it may concern;

I'm writing you today on behalf of my son's father Gerald Cathie Sr. I've known Gerald for over thirty-two years. We met when we were both in the U.S. Navy. I can vouch for his honesty, determination, and fortitude. When our son, Maurice Strouble, was sixteen he was starting to get into trouble, and not going to school. Gerald took custody of Maurice and put him on the right track. He made sure he got his GED, sent him to Job Corps, and finally got him enlisted in the U.S. Army. As an adult he has always been there for Maurice, who was diagnosed as Paranoid Schizophrenia, when he was twenty-two. Gerald made sure Maurice got the proper medical care he needed, and continued to care for him as a father would. Today, he is still very much in Maurice's life taking care of his Social Security needs, and ensuring he gets proper medical attention. Maurice needs both Gerald and I in his life to make sure he is stable and taking his medication.

As long as I've known Gerald he has been an upstanding man. He is honest, caring, and very loving. e has always been there for me and Maurice. I hope you can find it within your heart to give him another chance at life. He is preparing to enroll in Community College in January, and is presently studying for his placement exam. I have extended any academic help he may need to get through school, as I am a college professor at a local community college here in Houston.

Should you have any questions, or need to talk with me further, please feel free to give me a call. Thank you in advance for your time and consideration.

Respectfully,

Athena Lark



November 28, 2012

To whom it may concern,

My name is Willie Moore. I am submitting this letter on behalf of Mr. Gerald Cathie. Mr. Cathie has been an influential person in my life, because he is my uncle. In the early '80s, my mother was a single parent raising two children. When she saw that her early teenage son was straying down the wrong path, she reached out to my uncle to come live with us. He had just been medically discharged from the U.S Navy and was the perfect role model and male figure to help mold me into a man. My Unc (that's what I call him) taught me that part of becoming a man was owning up to your mistakes and respecting others. Today, I am a former U.S. Marine, and currently a Steamfitter Foreman for Pierce Associate and a 22 yr. member of Steamfitters Local 602, Washington D.C. I have been happily married for 20yrs and the proud father of 4 young men. My uncle is a good man and has helped me to become the man I am today. He made a mistake, please give him another chance. Thank you for your time,

Willie Moore Jr.



# SGT .RON WRIGHT  V.F.W.
# POST 303
### 506 Sickler Ave.  P.O.B. 214
### Sicklerville, NJ   08081
### (856)740-5101

**July 24, 2012**

**Gerald Cathie Sr.**
**16 Arbor Meadow Drive**
**Sicklerville, NJ 08081**

**To whom it may concern,**

This letter is to confirm that Gerald Cathie is a member of VFW Post 303.  He joined our organization in 2008 and has been an active member since the day he joined.  He has also been a reliable asset to this organization, helping us in our mission of helping Veterans and others within our local community

Frank A. Brown
**Frank A. Brown**
**Quartermaster**
**VFW Post 303**

# Faith United Christian Church

## 119 Washington Avenue

## Berlin, New Jersey 08009

## July 13, 2012

**Kevin L. Barron, Esquire**

**Attorney at Law**

**92 State Street, 6 FL**

**Boston MA 02109**

**Dear Attorney Barron,**

I am writing in reference to Gerald Cathie, 16 Arbor Meadow Drive, Sicklerville, NJ 08081, your client and our member and friend.

We have known Gerald for eleven years and he has been a member in good standing of our church for the last five years. He has been active in religious and secular activities. We could not pay him for all the sacrifices he has made to benefit our church and community.

For example, Gerald has volunteered many days and hours on church maintaince and parsonage repairs. He has replaced doors (carpentry), replaced steps (masonry) and much of the electrical repairs (electrician).  All of the aforementioned was done out of the kindness of his heart.

Our Food Bank Ministry is supported by Gerald. He picks up the food, delivers the food to our distribution place, and stays to distribute the same to those in need. He does not receive any compensation for his services except the gratitude of the hungry and needy.

These are a few of the things that indicate the true character of Gerald. He is kind, a giver, and concerned with the well being of others in need. It is hoped that these things will be taken in consideration while  determining the fate of Gerald. We love him and need him to help us help others.

**Yours In Christ,**

*Rev. Walter A. McDaniel*
Rev Walter A. McDaniel, Pastor

**856-767-2077 Church**

**856-728-9446 Home**

# Exhibit B

Military Performance Records
Redacted in Their Entirety for Secret Classification

Honorable Discharge Attached



# Honorable Discharge

from the Armed Forces of the United States of America

This is to certify that

**GERALD LEE CATHIE**   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 RM3   USNR

was Honorably Discharged from the

# United States Navy

This certificate is awarded

on the 18 TH day of JANUARY 1985

as a testimonial of Honest and Faithful Service

C. R. ENGLISH, CAPTAIN USNR
Commanding Officer
Naval Reserve Personnel Center

NAVPERS 553N (Rev. 9-82)

# Exhibit C

Medical Records Redacted in Their Entirety

Exhibit D

# Morgan Stanley

OUR VIEWS | WEALTH MANAGEMENT | INSTITUTIONAL SERVICES | GLOBAL CITIZEN | ABOUT MORGAN STANLEY

Company Information | Global Offices | Investor Relations | Careers | Newsroom

**Press Releases**

☐ E-mail Article
🖶 Printer Friendly

🔍 Search Press Releases

## Morgan Stanley to Acquire Residential Mortgage Servicer and Originator Saxon Capital for $706 Million
**Acquisition Supports Morgan Stanley's Long-Term Strategy of Building a Global, Vertically Integrated Residential Mortgage Business**

Aug 8 2006  New York

Morgan Stanley (NYSE: MS) announced today that it has reached a definitive agreement to acquire Saxon Capital, Inc. (NYSE: SAX), a premier servicer and originator of residential mortgages, for $706 million, or $14.10 per share in cash for Saxon stock. Pending customary regulatory and shareholder approvals, the acquisition is expected to be completed by the end of 2006.

The transaction supports Morgan Stanley's strategy of building a global, vertically integrated residential mortgage business. Saxon adds a premier servicing operation with a scalable U.S. origination platform to Morgan Stanley's substantial existing residential mortgage franchise.

"The acquisition of Saxon is another important step in our long-term strategy of broadening the Firm's global franchise in the critical residential mortgage business, which represents the single largest segment of the global debt market," said Anthony Tufariello, Global Head of the Securitized Products Group. "Saxon builds on our existing origination and securitization capabilities by providing us with an extremely strong servicing platform. This is an important part of the residential mortgage business, and the addition of Saxon will further enhance our risk management of mortgage portfolios. This deal also provides Morgan Stanley with new origination capabilities in the non-prime market, which we can build upon to provide access to high-quality product flow across all market cycles."

The acquisition of Saxon will complement the other initiatives that Morgan Stanley has undertaken to strengthen its mortgage franchise in the U.S., Europe and Asia over the past eight months. In June, the Firm hired Wes Iseley and Arvin Wijay, two experienced executives who successfully built one of the leading mortgage originators in the U.S., to help grow Morgan Stanley's own world-class mortgage origination platform. It also recently hired industry veteran David Spector, who will help build out the Firm's European mortgage franchise, as well as Aaron Goodman, who will help develop a best-in-class mortgage origination and capital markets technology platform.

Morgan Stanley also recently acquired two mortgage businesses in Europe as the Firm builds its residential mortgage platform there. In December 2005, the Firm purchased Advantage Home Loans, a U.K. based mortgage packager, which is providing Morgan Stanley with accelerated access to direct distribution and serving as a key platform within the Firm's broader U.K. residential business. In June 2006, the Firm's Securitized Products Group acquired an Italian mortgage bank and servicer.

Richard A. Kraemer, Saxon's Chairman of the Board, said, "Saxon is very pleased to be joining forces with Morgan Stanley, which is a leader in the securitization of residential mortgages. Morgan Stanley's scale, access to funding and strong mortgage franchise will all help to enhance Saxon's business, particularly as we see increased competition in a consolidating market. Our board and management strongly believe that this acquisition is in the best long-term interests of our shareholders, clients and employees."

Mr. Tufariello said, "The addition of Saxon to Morgan Stanley's global mortgage franchise will help us to capture the full economic value inherent in this business, and put the Firm in a better position to leverage our competitive advantages in trading, risk transfer, credit and structuring as well as our deep expertise in hedging mortgage credit risk. This acquisition facilitates our goal of achieving vertical integration in the residential mortgage business, with ownership and control of the entire value chain, from origination to capital markets execution to active risk management."

Saxon Capital was ranked the nation's 14th-largest non-prime servicer by managed assets in 2005, and services approximately $26 billion of non-prime residential mortgage loans. Saxon also purchases, originates and securitizes non-prime residential mortgages; its mortgage loan portfolio totaled $6.5 billion at March 31, 2006. Headquartered in Glen Allen, Virginia, Saxon Capital had additional primary facilities in Fort Worth, Texas and Foothill Ranch, California.

Morgan Stanley was the lead adviser on the transaction and was also advised by Milestone Merchant Partners, LLC.

Morgan Stanley is a global financial services firm and a market leader in securities, investment management and credit services. With more than 600 offices in 30 countries, Morgan Stanley connects people, ideas, and capital to help clients achieve their financial aspirations.

# # #

Forward-Looking Statements

Statements about the expected effects, timing and completion of the proposed transaction and all other statements in this release, other than historical facts, constitute forward-looking statements. Readers are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date on which they are made and which reflect current estimates, projections and expectations. In making any such statements, Morgan Stanley believes that its expectations are based on reasonable assumptions. However, any such statement may be influenced by factors that could cause actual outcomes and results to be materially different from those projected or anticipated. These forward-looking statements are subject to numerous risks and uncertainties. There are various important factors that could cause actual results to differ materially from those in any such forward-looking statements, many of which are beyond the control of Morgan Stanley and Saxon, including: whether or not the conditions to the completion of the transaction are satisfied, the possibility that the transaction will not

🔲 Media Inquiries

For media inquiries, send an
e-mail to Media Inquiries
or call us:
Americas: +1 212 761 2448
Europe: +44 20 7425-8005
Japan: +81 3 5424 5013
Asia Pacific: +852 2848-5051



All Categories    ▼
All Countries    ▼
All Years    ▼ ◉

close due to a number of factors (including the failure to obtain stockholder approval and regulatory approvals), risks associated with business combinations, the impact of general economic conditions in regions in which either such company currently does business, industry conditions (including competition, fluctuations in interest rates and residential and commercial real estate values), capital expenditure requirements, legislative or regulatory requirements, changes in the tax laws and access to capital markets. The actual results or performance by Morgan Stanley and/or Saxon could differ materially from those expressed in, or implied by, these forward-looking statements. Accordingly, no assurances can be given that any of the events anticipated by the forward-looking statements will transpire or occur, or if any of them do so, what impact they will have on the results of operations or financial condition of Morgan Stanley or Saxon. For a discussion of additional risks and uncertainties that may affect the future results of Morgan Stanley's Institutional Securities business segment, which includes the Securitized Products Group, please see "Forward-Looking Statements" immediately preceding Part I, Item 1, "Competition" and "Regulation" in Part I, Item 1, "Risk Factors" in Part I, Item 1A and "Certain Factors Affecting Results of Operations" in Part II, Item 7 of Morgan Stanley's Annual Report on Form 10-K for the fiscal year ended November 30, 2005, "Management's Discussion and Analysis of Financial Condition and Results of Operations" in Morgan Stanley's 2006 Quarterly Reports on Form 10-Q and in other items throughout the Form 10-K, Forms 10-Q and the Morgan Stanley's 2006 Current Reports on Form 8-K.

› **More Press Releases**

© 2013 Morgan Stanley. All rights reserved.

Exhibit E

